IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| SANTOS RODRIQUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 110-033 |
| | ) |
| MRS. GHANDI WILSON, Counselor, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's case is **DISMISSED** without prejudice, and this case is **CLOSED**.[1]

SO ORDERED this 19th day of October, 2010, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE

---

[1] The Court is aware that the Report and Recommendation and Order were returned as "undeliverable" due to Plaintiff's release from custody. (Doc. no. 12.) However, Plaintiff was cautioned that it is his responsibility to immediately inform this Court of any change of address. (See doc. no. 3, p. 4.)